**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 00-7476**

───────────────

PETE X. SMITH,

Petitioner - Appellant,

versus

STATE OF NORTH CAROLINA; ATTORNEY GENERAL OF
NORTH CAROLINA, T. Brooks Skinner, Jr.,

Respondents - Appellees.

───────────────

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  Malcolm J. Howard, District
Judge.  (CA-00-593-5-H)

───────────────

Submitted:  March 8, 2001          Decided:  March 15, 2001

───────────────

Before MOTZ, TRAXLER, and KING, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Pete X. Smith, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Pete X. Smith appeals the district court's order denying Smith's application seeking federal habeas corpus relief under 28 U.S.C. § 2241 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Smith v. State of North Carolina, No. CA-00-593-5-H (E.D.N.C. Sept. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED